IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Houston, Nina L

Printed: 01/22/09

Case Number: 08 B 00098
Judge: Hollis, Pamela S
Filed: 1/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 8, 2008
Confirmed: May 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,370.26 |  |
| Secured: |  | 3,143.61 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 7.57 |
| Trustee Fee: |  | 219.08 |
| Other Funds: |  | 0.00 |
| Totals: | 3,370.26 | 3,370.26 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Glenda J Gray | Administrative | 3,500.00 | 7.57 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Cavalry Portfolio Services | Secured | 0.00 | 0.00 |
| 4. | Cavalry Portfolio Services | Secured | 0.00 | 0.00 |
| 5. | Cavalry Portfolio Services | Secured | 3,866.60 | 2,962.17 |
| 6. | TRS Services | Secured | 2,187.53 | 181.44 |
| 7. | Washington Mutual Bank FA | Secured | 26,003.56 | 0.00 |
| 8. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 174.10 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 75.68 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 11.78 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 13. | Pay Day Loans | Unsecured | 195.36 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 71.40 | 0.00 |
| 15. | United States Dept Of Education | Unsecured | 2,415.92 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 25.03 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 117.00 | 0.00 |
| 18. | PNC Mortgage Corporation | Unsecured |  | No Claim Filed |
| 19. | Accu Chek | Unsecured |  | No Claim Filed |
| 20. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 21. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 22. | CB USA | Unsecured |  | No Claim Filed |
| 23. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 24. | Global Payments | Unsecured |  | No Claim Filed |
| 25. | Lansing Auto | Unsecured |  | No Claim Filed |
| 26. | HSBC Bank USA | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Houston, Nina L

Printed: 01/22/09

Case Number: 08 B 00098
Judge: Hollis, Pamela S
Filed: 1/3/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Midland Credit Management | Unsecured | | No Claim Filed |
| 28. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
| 33. | Nicor Gas | Unsecured | | No Claim Filed |
| 34. | Sallie Mae | Unsecured | | No Claim Filed |
| 35. | Nicor Gas | Unsecured | | No Claim Filed |
| 36. | Sallie Mae | Unsecured | | No Claim Filed |
| 37. | New Horizon Credit | Unsecured | | No Claim Filed |
| 38. | Nicor Gas | Unsecured | | No Claim Filed |
| 39. | Sallie Mae | Unsecured | | No Claim Filed |
| 40. | Sallie Mae | Unsecured | | No Claim Filed |
| 41. | Sallie Mae | Unsecured | | No Claim Filed |
| 42. | USA Group | Unsecured | | No Claim Filed |
| 43. | USA Group | Unsecured | | No Claim Filed |
| 44. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 45. | USA Group | Unsecured | | No Claim Filed |
| 46. | Wickes Furniture | Unsecured | | No Claim Filed |
| 47. | USA Group | Unsecured | | No Claim Filed |
| 48. | USA Group | Unsecured | | No Claim Filed |
| | | | $ 38,643.96 | $ 3,151.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 0.00 |
| 6.5% | 218.54 |
| 6.6% | 0.54 |
| | $ 219.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

